■ In the Matter of Kathleen C. Martucci, an Attorney, Resignor. [38 NYS3d 829]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Sept. 21, 2016.)

■ In the Matter of T.D. Kennedy, an Attorney, Resignor. [38 NYS3d 829]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Sept. 21, 2016.)

■ In the Matter of Emmy Y. Hessler, an Attorney, Resignor. [38 NYS3d 508]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Sept. 22, 2016.)

■ In the Matter of Steven W. Caldwell, an Attorney, Resignor. [38 NYS3d 829]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Oct. 6, 2016.)

■ In the Matter of Jerry L. Turcotte, an Attorney, Resignor. [38 NYS3d 496]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Oct. 6, 2016.)

■ In the Matter of Howard McMahon, an Attorney, Resignor. [38 NYS3d 824]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Oct. 6, 2016.)

■ In the Matter of Lane Woods, an Attorney, Resignor. [38 NYS3d 824]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Oct. 6, 2016.)

■ In the Matter of Robert C. Illig, an Attorney, Resignor. [38 NYS3d 825]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Oct. 6, 2016.)

■ In the Matter of Anne Magats Brochmann, an Attorney, Resignor. [38 NYS3d 825]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Sept. 9, 2016.)